UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW SOLOMAN,<br><br>                              Plaintiff,<br><br>       -against-<br><br>RIKERS ISLAND DOC; BOB BARKER COMPANY INC.,<br><br>                              Defendants. | 25-cv-7079 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 17, 2025, order, this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 19, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                     Chief United States District Judge